■ KATHRYN O'DONNELL, as Administratrix of the Estate of JOSEPHINE I. DENGLER, Deceased, Respondent, v COUNTY OF ERIE, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs as academic. Memorandum: Although we need not decide the issues raised, we note that a party should not be permitted to renew a motion upon which he has prevailed (see, Diviak v Schulefand, 140 AD2d 950; Hugelmaier v Town of Sweden, 101 AD2d 996). (Appeal from order of Supreme Court, Erie County, Gossel, J.—settle record.) Present—Denman, J. P., Green, Pine, Lawton and Lowery, JJ.

■ KATHRYN O'DONNELL, as Administratrix of the Estate of JOSEPHINE I. DENGLER, Deceased, Respondent, v COUNTY OF ERIE, Appellant. (Appeal No. 3.)—Appeal unanimously dismissed without costs as academic. Same memorandum as in O'Donnell v County of Erie ([appeal No. 2] 159 AD2d 982 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Gossel, J.—dismiss complaint.) Present—Denman, J. P., Green, Pine, Lawton and Lowery, JJ.